Kevin J. Walsh (KW 6083)
Allen C. Wasserman (AW 4771)
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center, 20th Floor
New York, New York 10281-2101
(212) 415-8600

*Attorneys for Defendants*
*Inter-Services Intelligence Directorate of the Islamic Republic of Pakistan,*
*Lieutenant General Nadeem Taj*
*Lieutenant General Ahmed Shuja Pasha*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| SHIMON ROSENBERG et al.,<br><br>　　　　　　　Plaintiff,<br>　-against-<br><br>LASHKAR-E-TAIBA et al.,<br><br>　　　　　　　Defendants. | 1:10-cv-05381<br><br>**NOTICE OF MOTION TO DISMISS BY DEFENDANTS, INTER-SERVICES INTELLIGENCE DIRECTORATE OF THE ISLAMIC REPUBLIC OF PAKISTAN, AHMED SHUJA PASHA AND NADEEM TAJ**<br><br>**ORAL ARGUMENT REQUESTED** |

------------------------------------------------------------X

| | |
|---|---|
| KIA SCHERR, Individually, and as Personal Representative of the Estates of Naomi Scherr and Alan Scherr,<br><br>　　　　　　　Plaintiff,<br>　-against-<br><br>LASHKAR-E-TAIBA et al.,<br><br>　　　　　　　Defendants. | 1:10-cv-05382 |

------------------------------------------------------------X

| | |
|---|---|
| EMUNAH CHROMAN, Individually, and as Personal Representative of the Estate of Ben Zion Chroman,<br><br>　　　　　　　Plaintiff,<br>　-against-<br><br>LASHKAR-E-TAIBA et al.,<br><br>　　　　　　　Defendants. | 1:10-cv-05448 |

------------------------------------------------------------X

1

PLEASE TAKE NOTICE that, pursuant to Order of the Court as noted on the dockets of these cases on April 13, 2011, and upon the Declaration of Maulvi Anwar ul Haq, sworn to on May 5, 2011, and the exhibit attached thereto, the Declaration of Kevin J. Walsh, sworn to on May 6, 2011, and the exhibits attached thereto, the accompanying Memorandum of Law, and upon the Complaint herein;

Defendants, Inter-Services Intelligence Directorate of the Islamic Republic of Pakistan ("ISI"), former Director General of ISI Lieutenant General Nadeem Taj, and current Director General of ISI Lieutenant General Ahmed Shuja Pasha (collectively "ISI Defendants"), will move this Court, before the Honorable Judge Dora L. Irizarry at the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York, at 9:30 A.M. on July 14, 2011, or as soon thereafter as counsel can be heard, for an order, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the Complaints against the ISI Defendants for lack of subject matter jurisdiction.

Dated: New York, New York
      May 6, 2011

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Kevin J. Walsh
Kevin J. Walsh (KW 6083)
Allen C. Wasserman (AW 4771)
Three World Financial Center, 20th Floor
New York, New York  10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754
*Attorneys for Defendants*
*Inter-Services Intelligence Directorate of*
*the Islamic Republic of Pakistan, Ahmed*
*Shuja Pasha and Nadeem Taj*

TO: KREINDLER & KREINDLER
James P. Kreindler
750 Third Avenue
New York, New York 10017-5590
Phone: (212) 687-8181
Fax: (212) 972-9432

-and-

THE SILVERMAN LAW FIRM
16 Squadron Boulevard
New City, New York 10956

*Counsel for Plaintiffs*

NYC:0101960/00002:99353v1