United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

<u> 11 </u> CV <u> 3893 </u>

1) indicated that this case is related to the following case(s):

<u>10cv5381</u>

<u>10cv5382</u>

<u>10cv5448</u>

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

_____ CR/CV _____.