

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

**Mailing Address**                **Overnight Delivery Address**
P.O. Box 883                        20 Massachusetts Ave., N.W.
Washington, D.C. 20044   Washington, D.C.  20001

---

Tel:  (202) 514-9242
Fax:  (202) 616-8470
Ethan.P.Davis@usdoj.gov

June 25, 2012

**BY ECF**

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Rosenberg et al. v. Lashkar-E-Taiba et al.*, 10-cv-5381 (DLI) (E.D.N.Y.)

Dear Judge Irizarry:

      I write on behalf of the United States regarding this Court's Request for Statement of Interest from the United States Department of State and Order Staying All Actions, ECF No. 15.

      On April 23, 2012, this Court invited the United States to present its views, if any, in the above-referenced matter by June 29, 2012.

      The United States is carefully considering this matter.  Further consideration by the United States is needed before a final decision can be made about whether the United States will participate in this matter.  Specifically, consultations within the Executive Branch as well as further review within the Department of Justice are required to formulate the Government's response.  The United States expects to complete its deliberations on whether to make a submission by August 30.

      The United States appreciates the Court's invitation and also the Court's patience in this regard.

                                      Respectfully submitted,

                                      s/ *Ethan P. Davis*
                                      ETHAN P. DAVIS
                                      Trial Attorney
                                      U.S. Department of Justice