**GLOBAL EXPRESS GUARANTEED**
UNITED STATES POSTAL SERVICE®

GXG International Air Waybill

International delivery by FedEx Express

**FedEx Express**

**1 From** *Please print and press hard.*

Date: 11/18/14

Sender's Name:

Company: Court Clerk, U.S. District Court

Address: Eastern District of New York
225 Cadman Plaza East

City: Brooklyn    State: NY    ZIP Code: 11201

Country: U.S.

Phone: 718 260 2270

**2 To**

Recipient's Name: Major Sameer Ali

Company: I.S.I.D.

Address: Khayaban-e-Shuwardy
Near CDA Office G-7

City: Islamabad

Country: Pakistan

Phone: 923445257300

**3 Shipment Information**

☒ Documents — Correspondence and printed matter

Specific Description: Legal Documents

Country of Manufacture: US

Total Value for Customs: $1.00

**4 Required Signature**

Postal Use Only

USPS Tracking Number: 8292552166

8982 9255 2167

Sender's Copy