GLOBAL EXPRESS GUARANTEED — POSTAL SERVICE ®

**GXG International Air Waybill**

Phone 7182602270

Clerk US District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, State NY
U.S.   ZIP Code 11201

Phone 92 322 421 4552

ANAAT-UD-DAWA
___ Lake Rd.
HAUBURI
___ORE
PAKISTAN

For tracking go to the USPS Web site at www.usps.com/shipping/trackandconfirm.htm or call 1.800.222.1811.

**3 Shipment Information**

☒ Documents — Correspondence and printed matter.
☐ Non-Documents

Specific Description: LEGAL DOCUMENTS

Country of Manufacture: U.S
Value for Customs (US $): $1.00
Total Value for Customs (US$):

**4 Required Signature**

Postal Use Only — Date In 14/10/B/D/Y/Y

USPS Tracking Number: 8292552122

International delivery by FedEx Express

Scheduled Delivery Date: 18/B/D/Y/Y

PO ZIP (+4) Code: 8982 9255 2123

Sender's Copy