# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-973-3449

June 12, 2015

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:  Rosenberg, et al. v. Lashkar E-Taiba, et al.*
*10 CV 5381 (DLI)(CLP) Consolidated*

Dear Magistrate Judge Pollak:

Pursuant to this Court's Minute Entry from June 8, 2015, Plaintiffs propose the following briefing schedule: Plaintiffs will brief issues common to all cases within 30 days of the Court's approval of this proposal. Plaintiffs will brief issues specific to individual cases within 60 days of the Court's approval of this proposal.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: James P. Kreindler

So Ordered

/s/ CHERYL POLLAK
USMJ
6/23/15

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120